

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Enver Hasani

**DEFENDANTS**
Ruth Dorochoff, District Director, USCIS and
Michael Chertoff, Director of Homeland Security

**(b) County of Residence of First Listed Plaintiff** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Isuf Kola, 800 Roosevelt Rd., B-110, Glen Ellyn, IL 60137
630-790-6100

Attorneys (If Known)
AUSA
219 S. Dearborn 5th Floor, Chicago, IL 60604

**II. BASIS OF JURISDICTION**
[X] 2 U.S. Government Defendant

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

FILED
MAR 13 2008
Mar 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IV. NATURE OF SUIT**

08CV1503
JUDGE COAR
MAGISTRATE JUDGE COX

[X] 890 Other Statutory Actions

**V. ORIGIN**
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Writ of Mandamus 28 USC 1331.

**VIII. REQUESTED IN COMPLAINT:**
JURY DEMAND: [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 3-12-08
SIGNATURE OF ATTORNEY OF RECORD