

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08CV1503**
**JUDGE COAR**
**MAGISTRATE JUDGE COX**

In the Matter of

Enver Hasani

v.

Ruth Dorochoff District Director and Michael Chertoff, Director of Homeland Security

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Enver Hasani, Petitioner

FILED
Mar 13, 2008
MAR 13 2008   NH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Isuf Kola | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Isuf Kola | |
| FIRM<br>Kola & Associates, Ltd | |
| STREET ADDRESS<br>800 Roosevelt Rd., Building B Suite 110 | |
| CITY/STATE/ZIP<br>Glen Ellyn, IL 60137 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>630-790-6100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |