## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1503 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Hasani vs. Dorochof, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the representations of the defendant, this action is resolved. Case is dismissed. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|